WILLIAM PALEN, as Receiver, etc., Respondent, *v.* HENRY BANGE et al., Appellants.

(Argued June 19, 1889; decided June 28, 1889.)

APPEAL from order of General Term of the Supreme Court in the first judicial department, made January 28, 1889, which affirmed an order of Special Term reviving and continuing action, etc.

*Nathaniel C. Moak* for appellants.

*William C. Holbrook* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

WILLIAM KRAMER, Appellant, *v.* GUSTAV AMBERG, Respondent.

(Argued June 20, 1889; decided June 28, 1889.)

APPEAL from order of the General Term of the Court of Common Pleas of the city of New York, made April 1, 1889, which reversed a final order made in summary proceedings.

*A. J. Dittenhoefer* for appellant.

*S. W. Rosendale* for respondent.

Agree to affirm on opinion of court below.
All concur.
Order affirmed.